**COURTROOM MINUTE SHEET**

DATE  January 29, 2019

CIVIL NO. 18-197-R          OR          CRIMINAL NO.

J.C. a minor, by and through his mother, LUISA FERNANDA SUTTON -vs-  LAVERNE PUBLIC SCHOOL, ET AL.,

United States -vs-

COMMENCED  10:00 a.m.          ENDED  10:20 a.m.          TOTAL TIME  20 mins

PROCEEDINGS    Motion to Approve Settlement

JUDGE RUSSELL          DEPUTY  Janet Wright          REPORTER  Emily Eakle

PLF COUNSEL     Jimmy Goodman

DFT COUNSEL     Laura Holmes

PROBATION OFFICER

INTERPRETER

WITNESSES FOR PLAINTIFF

1. Luisa Fernanda Sutton
2.
3.
4.
5.

WITNESSES FOR DEFENDANT

1.
2.
3.
4.
5.

Cause comes on for hearing as above stated.  Parties appear, testimony of witness heard.  Court approves the settlement.