# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

(1) J.C., a minor, by and through his  )
mother, LUISA FERNANDA SUTTON, )
                                                      )
         Plaintiff, )
                                                      )
v.                                                   )   Case No. CIV-18-197-R
                                                    )
(1) LAVERNE PUBLIC SCHOOL )
DISTRICT, ISD No. 1, HARPER )
COUNTY, OKLAHOMA; (2) )
KYNDRA ALLEN; (3) EDDIE )
THOMAS; (4) RICHARD WELLS; (5) )
ANDY CUNNINGHAM, )
                                                    )
         Defendants. )

## ORDER APPROVING COMPROMISE SETTLEMENT

On this 29th day of January, 2019, this cause comes on for hearing pursuant to the Motion to Set Hearing on and Approve Settlement Agreement Involving Interests of Minor filed by Plaintiff. Plaintiff, Luisa Sutton, mother of J.C., a minor, appears in person and by her attorney, Jimmy K. Goodman. Defendants appear by their attorney, Laura L. Holmes.

Whereupon, the parties offered their evidence, and the Court being fully advised and upon due consideration, finds, in light of the claims for injunctive relief, and for damages allegedly sustained by J.C., a minor, and in light of the disputed liability, that the settlement of the claims of J.C., a minor, in the amount of Thirty-Three Thousand Dollars and no cents ($33,000.00) is hereby approved. The Court hereby finds that said settlement is fair, reasonable, and in the best interests of J.C., a minor.

It is therefore ordered by the Court that the above settlement amounts be distributed as follows, pursuant to 12 O.S. § 83:

1. To Crowe & Dunlevy, P.C., the sum of $25,250.00 for legal services rendered.
2. To J.C., a minor, the sum of $7,750.00 shall be deposited in Great Plains Bank, City of Woodward, State of Oklahoma, as repository of the settlement funds which shall not be withdrawn prior to the eighteenth (18th) birthday of said J.C., a minor, without further order of the Court. It is the responsibility of Plaintiff's counsel that the amount set forth above be deposited in the financial institution as indicated above.

Wherefore, it is ordered, adjudged and decreed that the proceeds received by the Plaintiff, Luisa Sutton, mother of J.C., a minor, be so distributed. Further, this Court approves the Settlement Agreement and Release executed by the Plaintiff and Defendants on the 3rd day of December, 2018, making said Agreement effective this date pursuant to its terms.

IT IS SO ORDERED this 29th day of January, 2019.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE