IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) J.C., a minor, by and through his mother, LUISA FERNANDA SUTTON,<br><br>Plaintiff,<br><br>v.<br><br>(1) LAVERNE PUBLIC SCHOOL DISTRICT, ISD No. 1, HARPER COUNTY, OKLAHOMA; (2) KYNDRA ALLEN; (3) EDDIE THOMAS; (4) RICHARD WELLS; (5) ANDY CUNNINGHAM,<br><br>Defendants. | Case No. 5:18-cv-00197-R |

### ORDER AUTHORIZING EXPENDITURE OF FUNDS AND WITHDRAWAL OF FUNDS FROM GREAT PLAINS BANK

Before the Court is Plaintiff's Amended Motion for Delivery of Property of Minor to Parent and Brief in Support [Dkt. 52] ("Amended Motion"). A hearing on the Amended Motion was held on Thursday, April 18, 2019. Plaintiff appeared in person and by counsel, Jimmy K. Goodman. Plaintiff was directed to submit a proposed order of the court's ruling. Following the hearing, Plaintiff filed her Supplement to Response to Court Order of March 29, 2019 [Dkt. 57] detailing the budgeted expenses for J.C. a minor incurred or to be incurred on or before June 20, 2019. Upon review of Plaintiff's Amended Motion, and the Supplement to Response of Plaintiff [Dkt. 57], having heard the statements and representations of counsel for Plaintiff, with the announced consent of the natural father of the minor, and for good cause shown, the Court FINDS that Plaintiff's Amended Motion should be sustained in part, that is sustained only insofar as it relates to

expenses for the benefit of J.C., a minor, which are incurred or will be incurred on or before June 20, 2019.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Plaintiff's Amended Motion for Delivery of Property of Minor to Parent [Dkt. 52] should be and is hereby sustained only insofar as it relates to expenses for the benefit of J.C., a minor, which are incurred or will be incurred on or before June 20, 2019. Otherwise, the relief requested in the Amended Motion is denied.

2. Great Plains Bank, Woodward, Oklahoma, should be and is hereby authorized and ordered to deliver into the custody and control of Luisa Fernanda Sutton, upon her request(s) on or before June 20, 2019, not to exceed the total sum of Three Thousand Three Hundred and Eleven and no/100ths Dollars ($3,311.00) out of the funds currently on deposit for the benefit of the minor.

3. In accordance with 30 O.S. §2-116, upon delivery of the sum of $3,311.00 into the custody and control of Luisa Fernanda Sutton, Great Plains Bank should be and is hereby discharged and released to the same extent as if payment was made to a guardian of the minor, and Great Plains Bank is not required to see to the proper application of said funds by Luisa Fernanda Sutton.

4. Luisa Fernanda Sutton is directed to spend such funds for the benefit of the minor, and the court authorizes and limits the use of such funds to be spent by Luisa Fernanda Sutton solely for the budgeted expenses set forth in the Supplement to Response to Court Order of March 29, 2019 [Dkt. 57].

5. No bond shall be required of Luisa Fernanda Sutton.

IT IS SO ORDERED this 22nd day of April, 2019.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE